IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| LINDA PETERS, | § | |
| Plaintiff, | § § § | |
| | § § | Civil Action No. 1:24-CV-00688-SMD-LF |
| v. | § § | |
| UNITED HEALTHCARE SERVICES, INC., | § § § | |
| Defendant. | § § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Linda Peters and Defendant United Healthcare Services, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned action, including all claims asserted therein, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

[SIGNATURES ON FOLLOWING PAGE]

DATED: July 1, 2026

Respectfully submitted,                              Respectfully submitted,

THE HEDGPETH LAW FIRM, PC                  SEYFARTH SHAW LLP


By: */s/ Travis M. Hedgpeth*                      By: */s/ Robert S. Whitman*
    Travis M. Hedgpeth                          Jesse M. Coleman
    Texas Bar No. 24074386                     Texas Bar No. 24072044
    3050 Post Oak Blvd., Suite 510           D.N.M. ID No. 24-183
    Houston, Texas  77056                       Rachel M. Hoffer
    Telephone: (281) 572-0727                  Texas Bar No. 24065432
    travis@hedgpethlaw.com                    D.N.M. ID No. 24-179
                                         700 Milam Street, Suite 1400
    ATTORNEYS FOR PLAINTIFF                  Houston, Texas  77002-2812
                                        Telephone: (713) 225-2300
                                        Facsimile:  (713) 225-2340
                                        jmcoleman@seyfarth.com
                                        rhoffer@seyfarth.com

                                        Robert Whitman
                                        New York Bar No. 2971703
                                        D.N.M. ID No. 24-184
                                        620 Eighth Avenue, Suite 3200
                                        New York, NY 10018
                                        Telephone: (212) 218-5500
                                        Facsimile:  (212) 218-5526
                                        rwhitman@seyfarth.com

                                        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2026, I electronically filed the foregoing document with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record.


                                        */s/ Robert Whitman*
                                        Robert Whitman